# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

Melvin Strong, Register No. 531964

    v.

Gerald L. Green, et al

Case Number:  05-4142-CV-C-SOW

_  **Jury Verdict.** *This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.*

_X_  **Decision by Court.**  *This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.*

IT IS ORDERED AND ADJUDGED

– that the Magistrate Judge's June 29, 2006 Report and Recommendation is adopted.  It is further

– ORDERED that defendants' motion for summary judgment is granted and plaintiff's claims are dismissed.


ENTERED ON:  July 25, 2006


|  |  |
|---|---|
| <u>July 25, 2006</u> | <u>    PATRICIA L. BRUNE    </u> |
| Date | Clerk |
|  | /s L. Bax |
|  | (By) Deputy Clerk |